ALICE J. DIONYSIUS, Respondent, v. GEORGE H. DIONYSIUS, Appellant.—

Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.